UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 15-16993
LUCAS A. BALA  )
  )
  ) Chapter: 7
  )
  ) Honorable Donald R. Cassling
  )
Debtor(s)  )

**ORDER ON MOTION OF PARTY IN INTEREST, TERESA BALA, FOR RELIEF FROM AUTOMATIC STAY**

THIS CAUSE COMING ON TO BE HEARD on motion of Movant, TERESA BALA ("Teresa"), for entry of an order for relief from the automatic stay, due notice having been given and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that:

Teresa's motion for relief from the automatic stay is granted as to all matters related to the Petition for Dissolution of Marriage pursuant to 750 ILCS 5/101 et seq. in the Circuit Court of Cook County, Illinois, County Department, Domestic Relations Division case no. 13 D 10143.

Teresa will not liquidate property of the estate without further order of Court.

Enter: /s/ Donald R. Cassling

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: September 29, 2015

**Prepared by:**

GOLAN & CHRISTIE LLP
Attorneys for Creditor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300