**United States Bankruptcy Court**

For the     Northern     District of     Illinois

In re Lucas Bala                     )
                                        ) Case No. 15-16993
                                        )
                                        )

## NOTICE OF MOTION

To:     See attached service list.

        **PLEASE TAKE NOTICE** that on **December 22, 2015 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Donald R. Cassling in **Courtroom 619** of the U.S. District Court of the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604 and shall move the court in accordance with the attached motion.

## CERTIFICATE OF SERIVCE

        I, the undersigned, Illinois licensed attorney, state that on December 9, 2015, I served a true and accurate copy of the attached documents on the parties listed in the attached service list by electronic mail of said copies before 5:00pm.

                                               /s/ Jordan Greenberg /
                                                 Jordan D. Greenberg
                                                   Attorney for Creditor

Jordan Greenberg
Attorney No. 6317423
17 Portshire Drive
Lincolnshire, Illinois 60069
(847) 826-7825

# Service List

In re Lucas Bala
Case No. 15-16993

Robert R Benjamin on behalf of Creditor Teresa Bala
rrbenjamin@golanchristie.com,
lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;wstefaniak@golanchristie.com;tfalligant@golanchristie.com

Beverly A Berneman on behalf of Creditor Teresa Bala
baberneman@golanchristie.com,
lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;wstefaniak@golanchristie.com;tfalligant@golanchristie.com

David H Cutler on behalf of Debtor 1 Lucas A Bala
cutlerfilings@gmail.com

Ariane Holtschlag on behalf of Trustee Miriam R Stein
aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Miriam R Stein
mstein@chuhak.com, dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com

Timothy R Yueill on behalf of Creditor CITIMORTGAGE, INC.
timothyy@nevellaw.com

Zane L Zielinski on behalf of Trustee Miriam R Stein
trustee@zanezielinski.com, nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com

**United States Bankruptcy Court**

For the Northern District of Illinois

In re Lucas Bala )
 ) Case No. 15-16993
 )
 )
 )

**MOTION TO APPROVE LATE FILED CLAIM TO BE TREATED AS TIMELY FILED**

COMES NOW Creditor, Zofia Toczek, by and through her attorney, Jordan Greenberg, and respectfully requests this Court to approve her late filed claim to be treated as timely filed. In support of this motion, Creditor submits the following:

1. On October 3, 2005, Creditor Zofia Toczek loaned Debtor Lucas Bala an amount of $235,000.00.

2. On May 13, 2015, Debtor Lucas Bala filed for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Northern District of Illinois.

3. The deadline for filing proof of claims was October 22, 2015.

4. Creditor Zofia Toczek was not listed on such bankruptcy notice for Debtor Lucas Bala's bankruptcy.

5. Creditor Zofia Toczek was not informed of Debtor Lucas Bala's filing of Chapter 7 bankruptcy until after the October 22, 2015 deadline for filing proof of claims.

6. Creditor Zofia Toczek filed her Proof of Claim on December 3, 2015.

7. In the instant case, there is no danger of prejudice to the Estate in deeming Creditor Zofia Toczek's claim as timely filed.

8. Furthermore, Creditor Zofia Toczek has acted in good faith in filing this motion promptly after retaining counsel in this matter and after learning of the bankruptcy.

9. The delay was not within the control of Creditor Zofia Toczek, because she was unaware of the Claims Bar date and Debtor Lucas Bala's bankruptcy filings.

10. Based upon the foregoing, there is sufficient cause for this Court to deem Creditor Zofia Toczek's late filed Proof of Claim as timely filed.

WHEREFORE, Creditor Zofia Toczek seeks an entry of Order granting this Motion, deeming her Proof of Claim as timely filed and granting any other and further relief this Court deems just and equitable.

Respectfully submitted:

/s/ Jordan Greenberg /
Jordan D. Greenberg
Attorney for Creditor

Jordan Greenberg
Attorney No. 6317423
17 Portshire Drive
Lincolnshire, Illinois 60069
(847) 826-7825