UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 15-16993
Lucas Bala )
 ) Chapter: 7
 ) Honorable Donald R. Cassling
 )
 )
Debtor(s) )

**Order to Approve Late Filed Claim to be Treated as Timely Filed**

      This matter coming to be heard on Creditor Zofia Toczek's Motion to Approve Late Filed Claim to be Treated as Timely Filed. All parties having been given notice and the court being fully advised.

    IT IS HEREBY ORDERED that Creditor Zofia Toczek's Motion is granted and Creditor Zofia Toczek's Proof of Claim is hereby treated as timely filed.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: December 22, 2015

**Prepared by:**

Jordan D. Greenberg
Attorney No. 6317423
17 Portshire Drive
Lincolnshire, IL 60069
(847) 826-7825
jordangreenberg@jgreenberglawgroup.com