UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 15-16993 |
| --- | --- | --- |
| | ) | |
| Lucas A. Bala | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER APPROVING TRUSTEE'S SALE OF REAL ESTATE
## FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND SHORTEN NOTICE

THIS MATTER COMING ON TO BE HEARD upon the motion (the "Motion") of Miriam R. Stein, not individually but as the trustee of the bankruptcy estate of Lucas A. Bala (the "Debtor"), for entry of an order pursuant to 11 U.S.C. Section 363(f), authorizing the Trustee to sell real estate commonly known as 1050 W 32nd. St., Unit 2B, Chicago IL (the "Property"), free and clear of liens and encumbrances to So Holdings, LLC Series 3, or its nominee (collectively, the "Buyer") for Sixty-Thousand Dollars ("$60,000") (the "Purchase Amount"); the Trustee having given shortened notice to all creditors; and the Court being fully advised in the premises and having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED:

1. The Motion is granted, and the Trustee is authorized to sell the Property as detailed in the Motion;

2. The Trustee is authorized to sell the Property for the Purchase Amount to the Buyer pursuant to the substantial terms of the Real Estate Contract attached to the Motion as Exhibit A (the "Contract"), free and clear of all liens, claims, or encumbrances including but not limited to the liens of Ridgestone Bank and the interest of Teresa Bala, and any such liens, claims, encumbrances or interest shall attach to the sale proceeds of the Property;

3. The transfer of the Property shall be free of any debts or liens of the Debtor, and such debts or liens shall be administered by the Trustee from the sale proceeds of the Property;

4. The Trustee is authorized to modify certain non-material terms of the Contract including the identify of the Title Company, and the closing dates without further order of this Court;

5. The Trustee is authorized to execute any and all documents necessary to transfer the Property to the Buyer, including but not limited to executing any transfer documents;

6. The following fees and expenses are authorized and the Trustee is authorized to pay from the proceeds of the sale of the Property at closing the following: (i) any unpaid real estate taxes; (ii) the real estate commission of Three Thousand Hundred Dollars ($3,000), owed to Eric Janssen and Real Living City Residential f/k/a Chicago Real Estate Resources (collectively, the "Broker"); (iii) the usual and customary costs of closing the sale, including but not necessarily limited to, charges for title examination, recording, survey, utility reimbursement, transfer tax, and real estate tax prorations; (iv)

any unpaid condominium association charges; and (v) the payoff amount to Ridgestone Bank.

7. The Trustee is authorized to execute necessary documents related to the transfer of the Real Estate commonly known as 1050 West 32nd Street, Unit 3B, Chicago, Illinois to Teressa Bala, and incur and pay up to $1,600 to pay for an owner's policy insuring the transfer of this real estate to Teressa Bala.

8. Notice of this motion is deemed sufficient and further notice is waived.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: August 30, 2016

**Prepared by:**

Zane L. Zielinski (6278776)
THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

.