# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LUCAS A BALA | § | Case No. 15-16993 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/13/2015 . The undersigned trustee was appointed on 05/13/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 155,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 28,649.01 |
| Bank service fees | 236.68 |
| Other payments to creditors | 105,511.04 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 20,603.27 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  10/22/2015  and the deadline for filing governmental claims was  11/09/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,000.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 11,000.00 , for a total compensation of $ 11,000.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/12/2017         By: /s/Miriam R. Stein
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-16993 | DRC | Judge: | Donald R Cassling | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | LUCAS A BALA | | | | Date Filed (f) or Converted (c): | 05/13/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/11/2015 |
| For Period Ending: | 07/12/2017 | | | | Claims Bar Date: | 10/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME - 11105 BOEGER CT, WESTCHESTER ILLINOIS - | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. CONDO-1050 W 32ND STREET, UNIT 2A, CHICAGO ILLINOIS - SURREN | 80,000.00 | 36,841.00 | | 95,000.00 | FA |
| 3. CONDO-1050 W 32ND STREET, UNIT 2B, CHICAGO ILLINOIS-SURRENDE | 80,000.00 | 44,341.00 | | 60,000.00 | FA |
| 4. CONDO - CONDO-1050 W 32ND STREET, UNIT 3B, CHICAGO ILLINOIS- | 80,000.00 | 44,341.00 | | 0.00 | FA |
| 5. CHECKING - CITIBANK | 100.00 | 0.00 | | 0.00 | FA |
| 6. PERSONAL POSSESSIONS IN HOME AT LIQUIDATION VALUE (ALL IN PO | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. PERSONAL CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 8. WEDDING RING | 50.00 | 0.00 | | 0.00 | FA |
| 9. 401K | 1,200.00 | 0.00 | | 0.00 | FA |
| 10. DEBTOR MAY HAVE CLAIM FOR DISSIPATION IN HIS DIVORCE CASE. | Unknown | 0.00 | | 0.00 | FA |
| 11. 2005 MERCEDES E500 75,000 MILES - CAR HAS BODY DAMAGE FROM A | 4,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $396,850.00 | $125,523.00 | | $155,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor listed 3 condos owned with ex-spouse. Trustee settled with ex-spouse for her to retain 1 condo and for trustee to sell 2 condos, with settlement approved on 2/9/16. Unit 2A sold for $95,000 on March 31, 2016. Trustee sold 2nd condo on 2/23/17. All assets fully administered. Trustee preparing final tax return.

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | Estate owns 50% interest. |
| RE PROP # | 3 | -- | Estate owns 50% interest. |
| RE PROP # | 4 | -- | Estate owns 50% interest - PURSUANT TO AGREEMENT - ONCE CONDO 2B IS SOLD, TRUSTEE SHALL TRANSFER DEBTOR'S RIGHT, TITLE AND INTEREST TO DEBTOR. |

Exhibit A

Initial Projected Date of Final Report (TFR): 05/31/2016     Current Projected Date of Final Report (TFR): 05/20/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-16993 | Trustee Name: Miriam R. Stein |
| Case Name: LUCAS A BALA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8721 |
| | Checking |
| Taxpayer ID No: XX-XXX3700 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/12/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/16 | | Chicago Title and Trust Company<br>10 South LaSalle Street<br>Suite 2850<br>Chicago, Illinois 60603 | Sale of 1050 W. 32nd St., Unit 2A | | $5,000.00 | | $5,000.00 |
| | | | Gross Receipts          $95,000.00 | | | | |
| | | Closing Costs | Closing Costs          ($3,005.50) | 2500-000 | | | |
| | | ERIC JANSSEN<br>REAL LIVING CITY RESIDENTIAL<br>F/K/A CHICAGO REAL ESTATE RESOURCES | Brokers Commission     ($4,750.00) | 3510-000 | | | |
| | | Real Estate Taxes | Real Estate Taxes      ($7,318.25) | 4700-000 | | | |
| | | RIDGESTONE BANK<br>C/O EDMOND M. BURKE<br>30 S. WACKER DRIVE, SUITE 2600<br>CHICAGO, IL 60606 | Mortgage              ($74,926.25) | 4110-000 | | | |
| | 2 | | CONDO-1050 W 32ND STREET, UNIT 2A, CHICAGO ILLINOIS - SURREN     $95,000.00 | 1110-000 | | | |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,970.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,960.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,950.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:                    $5,000.00                    $50.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-16993 | Trustee Name: Miriam R. Stein |
| Case Name: LUCAS A BALA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8721 |
| | Checking |
| Taxpayer ID No: XX-XXX3700 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/12/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,940.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,930.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,920.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,910.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,900.00 |
| 02/28/17 | | Chicago Title & Trust Co. 5215 Old Orchard #400 Skokie, IL 60077 | Sale of 1050 W. 32nd St., Unit 2B | | $28,580.90 | | $33,480.90 |
| | | | Gross Receipts  $60,000.00 | | | | |
| | | Cook County - Taxes | Real Estate Taxes  ($1,132.95) | 2820-000 | | | |
| | | Chicago Title | Closing Costs  ($2,900.50) | 2500-000 | | | |
| | | Cook County - 2016 Taxes & Online Pymt | Real Estate Taxes  ($1,049.11) | 2820-000 | | | |
| | | BEAULIEU LAW OFFICES PC | Brokers Commission  ($1,205.00) | 3510-000 | | | |
| | | ERIC JANSSEN REAL LIVING CITY RESIDENTIAL F/K/A CHICAGO REAL ESTATE RESOURCES | Brokers Commission  ($1,795.00) | 3510-000 | | | |
| | | Chicago Title | Closing Costs  ($70.00) | 2500-000 | | | |
| | | David D. Orr, Cook County Clerk | Real Estate Taxes  ($3,619.44) | 4800-000 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | | | Page Subtotals: | | $28,580.90 | $50.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-16993 | | Trustee Name: | Miriam R. Stein |
| Case Name: | LUCAS A BALA | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX8721 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX3700 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/12/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | RIDGESTONE BANK C/O EDMOND M. BURKE 30 S. WACKER DRIVE, SUITE 2600 CHICAGO, IL 60606 | Mortgage ($19,647.10) | 4110-000 | | | |
| | 3 | | CONDO-1050 W 32ND STREET, UNIT 2B, CHICAGO ILLINOIS-SURRENDE $60,000.00 | 1110-000 | | | |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $33,470.90 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.75 | $33,421.15 |
| 04/20/17 | 101 | Zane L. Zielinski The Law Office of Zane L. Zielinski, P.C. 6336 N. Cicero Ave., Suite 201 Chicago, IL 60646 | ORDER DATED 4/18/17 | | | $12,740.95 | $20,680.20 |
| | | Zane Zielinski P. C. | ($12,355.00) | 3210-000 | | | |
| | | Zane Zielinski P. C. | ($385.95) | 3220-000 | | | |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.25 | $20,633.95 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.68 | $20,603.27 |

| | | |
|---|---|---|
| COLUMN TOTALS | $33,580.90 | $12,977.63 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $33,580.90 | $12,977.63 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $33,580.90 | $12,977.63 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                              Page Subtotals:                $0.00          $12,877.63

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8721 - Checking | $33,580.90 | $12,977.63 | $20,603.27 |
|  | $33,580.90 | $12,977.63 | $20,603.27 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $121,419.10 |
|---|---|
| Total Net Deposits: | $33,580.90 |
| Total Gross Receipts: | $155,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-16993  
Debtor Name: LUCAS A BALA  
Claims Bar Date: 10/22/2015  

Date: July 12, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Administrative | | $0.00 | $11,000.00 | $11,000.00 |
| 100 3210 | Zane Zielinski P. C. | Administrative | First and Final Fee Application | $0.00 | $12,355.00 | $12,355.00 |
| 100 3220 | Zane Zielinski P. C. | Administrative | First and Final Fee Application | $0.00 | $385.95 | $385.95 |
| 100 3410 | Alan D. Lasko & Associates P. C.<br>205 W. Randolph Street, Suite 1150<br>Chicago, IL 60606 | Administrative | First and Final Fee Application | $0.00 | $5,216.30 | $5,216.30 |
| 100 3420 | Alan D. Lasko & Associates P. C.<br>205 W. Randolph Street, Suite 1150<br>Chicago, IL 60606 | Administrative | First and Final Fee Application | $0.00 | $42.03 | $42.03 |
| 100 3510 | BEAULIEU LAW OFFICES PC | Administrative | Broker Commission on Unit 2B | $0.00 | $1,205.00 | $1,205.00 |
| 100 3510 | ERIC JANSSEN<br>REAL LIVING CITY RESIDENTIAL<br>F/K/A CHICAGO REAL ESTATE RESOURCES | Administrative | BROKER COMMISSION - ORDER 3/15/16 - Sale of 1050 W. 32nd St., Unit 2B, Chicago, IL | $0.00 | $1,795.00 | $1,795.00 |
| 100 3510 | ERIC JANSSEN<br>REAL LIVING CITY RESIDENTIAL<br>F/K/A CHICAGO REAL ESTATE RESOURCES | Administrative | BROKER COMMISSION - ORDER 3/15/16 - Sale of 1050 W. 32nd St., Unit 2A, Chicago, IL | $0.00 | $4,750.00 | $4,750.00 |
| 5 210 5100 | TERESA BALA<br>11105 BOEGER CT<br>WESTCHESTER, IL 60154 | Priority | | $0.00 | $6,982.50 | $6,982.50 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-16993                                                                                             Date: July 12, 2017
Debtor Name: LUCAS A BALA
Claims Bar Date: 10/22/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 300 7100 | DEVRY EDUCATION GROUP 814 COMMERCE DRIVE OAK BROOK, IL 60523 | Unsecured | | $0.00 | $2,548.19 | $2,548.19 |
| 3 300 7100 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $749.35 | $749.35 |
| 4 300 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR VERIZON PO BOX 248838 OKLAHOMA CITY, OK 73124-8838 | Unsecured | | $0.00 | $839.55 | $839.55 |
| 6 300 7100 | ZOFIA TOCZEK 17 PORTSHIRE DRIVE LINCOLNSHIRE, IL 60069 | Unsecured | | $0.00 | $205,552.84 | $205,552.84 |
| 400 4110 | RIDGESTONE BANK C/O EDMOND M. BURKE 30 S. WACKER DRIVE, SUITE 2600 CHICAGO, IL 60606 | Secured | | $0.00 | $74,926.25 | $74,926.25 |
| 400 4110 | RIDGESTONE BANK C/O EDMOND M. BURKE 30 S. WACKER DRIVE, SUITE 2600 CHICAGO, IL 60606 | Secured | | $0.00 | $19,647.10 | $19,647.10 |
| 1 400 4110 | RIDGESTONE BANK C/O EDMOND M. BURKE 30 S. WACKER DRIVE, SUITE 2600 CHICAGO, IL 60606 | Secured | WITHDRAWN - Mortgage on Unit 2A | $0.00 | $74,926.25 | $0.00 |
| 1 400 4110 | RIDGESTONE BANK C/O EDMOND M. BURKE 30 S. WACKER DRIVE, SUITE 2600 CHICAGO, IL 60606 | Secured | WITHDRAWN - Mortgage on Unit 2B | $0.00 | $19,647.10 | $0.00 |
| | Case Totals | | | $0.00 | $442,568.41 | $347,995.06 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-16993
Case Name: LUCAS A BALA
Trustee Name: Miriam R. Stein

| | Balance on hand | $ | 20,603.27 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | RIDGESTONE BANK | $ 94,573.35 | $ 94,573.35 | $ 94,573.35 | $ 0.00 |
| 1 | RIDGESTONE BANK | $ 94,573.35 | $ 0.00 | $ 0.00 | $ 0.00 |

| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 20,603.27 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 11,000.00 | $ 0.00 | $ 11,000.00 |
| Attorney for Trustee Fees: Zane Zielinski P. C. | $ 12,355.00 | $ 12,355.00 | $ 0.00 |
| Attorney for Trustee Expenses: Zane Zielinski P. C. | $ 385.95 | $ 385.95 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P. C. | $ 5,216.30 | $ 0.00 | $ 5,216.30 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P. C. | $ 42.03 | $ 0.00 | $ 42.03 |
| Other: BEAULIEU LAW OFFICES PC | $ 1,205.00 | $ 1,205.00 | $ 0.00 |
| Other: ERIC JANSSEN | $ 6,545.00 | $ 6,545.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 16,258.33 |
| Remaining Balance | $ | 4,344.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,982.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 5 | TERESA BALA | $ 6,982.50 | $ 0.00 | $ 4,344.94 |

| | | |
|---|---|---:|
| Total to be paid to priority creditors | $ | 4,344.94 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 209,689.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | DEVRY EDUCATION GROUP | $ 2,548.19 | $ 0.00 | $ 0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | $ 749.35 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 839.55 | $ 0.00 | $ 0.00 |
| 6 | ZOFIA TOCZEK | $ 205,552.84 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE