# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LUCAS A BALA | § | Case No. 15-16993 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 231,000.00<br>*(Without deducting any secured claims)* | Assets Exempt: 5,850.00 |
| Total Distributions to Claimants:  109,855.98 | Claims Discharged<br>Without Payment:  740,836.43 |
| Total Expenses of Administration:  45,144.02 | |

3) Total gross receipts of $ 155,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 155,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 314,640.19 | $ 200,084.39 | $ 105,511.04 | $ 105,511.04 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 45,144.02 | 45,144.02 | 45,144.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 11,327.44 | 11,327.44 | 4,344.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 390,037.00 | 209,689.93 | 209,689.93 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 704,677.19 | $ 466,245.78 | $ 371,672.43 | $ 155,000.00 |

4) This case was originally filed under chapter 7 on 05/13/2015 . The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/21/2017           By:/s/Miriam R. Stein
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONDO-1050 W 32ND STREET, UNIT 2A, CHICAGO ILLINOIS - SURREN | 1110-000 | 95,000.00 |
| CONDO-1050 W 32ND STREET, UNIT 2B, CHICAGO ILLINOIS-SURRENDE | 1110-000 | 60,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 155,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank PO Box 6241 Sioux Falls, SD 57117 | | 135,684.00 | NA | NA | 0.00 |
| | RIDGESTONE BANK | 4110-000 | 116,320.73 | 94,573.35 | 94,573.35 | 94,573.35 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | RIDGESTONE BANK | 4110-000 | 62,635.46 | 94,573.35 | 0.00 | 0.00 |
|  | Real Estate Taxes | 4700-000 | NA | 7,318.25 | 7,318.25 | 7,318.25 |
|  | David D. Orr, Cook County Clerk | 4800-000 | NA | 3,619.44 | 3,619.44 | 3,619.44 |
| **TOTAL SECURED CLAIMS** |  |  | $ 314,640.19 | $ 200,084.39 | $ 105,511.04 | $ 105,511.04 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 11,000.00 | 11,000.00 | 11,000.00 |
| Chicago Title | 2500-000 | NA | 2,970.50 | 2,970.50 | 2,970.50 |
| Closing Costs | 2500-000 | NA | 3,005.50 | 3,005.50 | 3,005.50 |
| Associated Bank | 2600-000 | NA | 236.68 | 236.68 | 236.68 |
| Cook County - 2016 Taxes & Online Pymt | 2820-000 | NA | 1,049.11 | 1,049.11 | 1,049.11 |
| Cook County - Taxes | 2820-000 | NA | 1,132.95 | 1,132.95 | 1,132.95 |
| Zane Zielinski P. C. | 3210-000 | NA | 12,355.00 | 12,355.00 | 12,355.00 |
| Zane Zielinski P. C. | 3220-000 | NA | 385.95 | 385.95 | 385.95 |
| Alan D. Lasko & Associates P. C. | 3410-000 | NA | 5,216.30 | 5,216.30 | 5,216.30 |
| Alan D. Lasko & Associates P. C. | 3420-000 | NA | 42.03 | 42.03 | 42.03 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BEAULIEU LAW OFFICES PC | 3510-000 | NA | 1,205.00 | 1,205.00 | 1,205.00 |
| ERIC JANSSEN | 3510-000 | NA | 6,545.00 | 6,545.00 | 6,545.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 45,144.02 | $ 45,144.02 | $ 45,144.02 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TERESA BALA | 5100-000 | NA | 4,344.94 | 4,344.94 | 4,344.94 |
| 5 | TERESA BALA | 5100-000 | 0.00 | 6,982.50 | 6,982.50 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 11,327.44 | $ 11,327.44 | $ 4,344.94 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALPINE CAPITAL INV c/o The Albert Law Firm 29 N Wacker, Ste 550 Chicago, IL 60606 | | 4,929.00 | NA | NA | 0.00 |
| | American General Financial/Springleaf Fi Springleaf Financial/Attn: Bankruptcy De Po Box 3251 Evansville, IN 47731 | | 0.00 | NA | NA | 0.00 |
| | Archer Bank 4970 South Archer Chicago, IL 60632 | | 0.00 | NA | NA | 0.00 |
| | Cbna Po Box 6282 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citibank c/o Blitt & Ganes 661 Glenn Ave Wheeling, IL 60090 | | 17,811.00 | NA | NA | 0.00 |
| | Credit Management Lp 4200 International Pkwy Carrollton, TX 75007 | | 113.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 E Paris Ave Se Grand Rapids, MI 49546 | | 364,127.00 | NA | NA | 0.00 |
| | Hsbc/rs Attn: Bankruptcy Department Po Box 5263 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 750.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 750.00 | NA | NA | 0.00 |
| | Mid Amer Fsl 1001 S Washington St Naperville, IL 60540 | | 0.00 | NA | NA | 0.00 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 855.00 | 839.55 | 839.55 | 0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 702.00 | 749.35 | 749.35 | 0.00 |
| 2 | DEVRY EDUCATION GROUP | 7100-000 | 0.00 | 2,548.19 | 2,548.19 | 0.00 |
| 6 | ZOFIA TOCZEK | 7100-000 | NA | 205,552.84 | 205,552.84 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 390,037.00 | $ 209,689.93 | $ 209,689.93 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-16993 | DRC | Judge: | Donald R Cassling | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | LUCAS A BALA | | | | Date Filed (f) or Converted (c): | 05/13/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/11/2015 |
| For Period Ending: | 11/21/2017 | | | | Claims Bar Date: | 10/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME - 11105 BOEGER CT, WESTCHESTER ILLINOIS - | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. CONDO-1050 W 32ND STREET, UNIT 2A, CHICAGO ILLINOIS - SURREN | 80,000.00 | 36,841.00 | | 95,000.00 | FA |
| 3. CONDO-1050 W 32ND STREET, UNIT 2B, CHICAGO ILLINOIS-SURRENDE | 80,000.00 | 44,341.00 | | 60,000.00 | FA |
| 4. CONDO - CONDO-1050 W 32ND STREET, UNIT 3B, CHICAGO ILLINOIS- | 80,000.00 | 44,341.00 | | 0.00 | FA |
| 5. CHECKING - CITIBANK | 100.00 | 0.00 | | 0.00 | FA |
| 6. PERSONAL POSSESSIONS IN HOME AT LIQUIDATION VALUE (ALL IN PO | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. PERSONAL CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 8. WEDDING RING | 50.00 | 0.00 | | 0.00 | FA |
| 9. 401K | 1,200.00 | 0.00 | | 0.00 | FA |
| 10. DEBTOR MAY HAVE CLAIM FOR DISSIPATION IN HIS DIVORCE CASE. | Unknown | 0.00 | | 0.00 | FA |
| 11. 2005 MERCEDES E500 75,000 MILES - CAR HAS BODY DAMAGE FROM A | 4,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $396,850.00 | $125,523.00 | | $155,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor listed 3 condos owned with ex-spouse. Trustee settled with ex-spouse for her to retain 1 condo and for trustee to sell 2 condos, with settlement approved on 2/9/16. Unit 2A sold for $95,000 on March 31, 2016. Trustee sold 2nd condo on 2/23/17. All assets fully administered. Trustee preparing final tax return.

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | Estate owns 50% interest. |
| RE PROP # | 3 | -- | Estate owns 50% interest. |
| RE PROP # | 4 | -- | Estate owns 50% interest - PURSUANT TO AGREEMENT - ONCE CONDO 2B IS SOLD, TRUSTEE SHALL TRANSFER DEBTOR'S RIGHT, TITLE AND INTEREST TO DEBTOR. |

Exhibit 8

Initial Projected Date of Final Report (TFR): 05/31/2016        Current Projected Date of Final Report (TFR): 05/20/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-16993 | Trustee Name: Miriam R. Stein |
| Case Name: LUCAS A BALA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8721 |
| | Checking |
| Taxpayer ID No: XX-XXX3700 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/21/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/16 | | Chicago Title and Trust Company<br>10 South LaSalle Street<br>Suite 2850<br>Chicago, Illinois 60603 | Sale of 1050 W. 32nd St., Unit 2A | | $5,000.00 | | $5,000.00 |
| | | | Gross Receipts        $95,000.00 | | | | |
| | | Closing Costs | Closing Costs        ($3,005.50) | 2500-000 | | | |
| | | ERIC JANSSEN<br>REAL LIVING CITY RESIDENTIAL<br>F/K/A CHICAGO REAL ESTATE<br>RESOURCES | Brokers Commission     ($4,750.00) | 3510-000 | | | |
| | | Real Estate Taxes | Real Estate Taxes     ($7,318.25) | 4700-000 | | | |
| | | RIDGESTONE BANK<br>C/O EDMOND M. BURKE<br>30 S. WACKER DRIVE, SUITE 2600<br>CHICAGO, IL 60606 | Mortgage          ($74,926.25) | 4110-000 | | | |
| | 2 | | CONDO-1050 W 32ND STREET, UNIT 2A, CHICAGO ILLINOIS - SURREN     $95,000.00 | 1110-000 | | | |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,970.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,960.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,950.00 |

Page Subtotals:                                $5,000.00       $50.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-16993 | Trustee Name: Miriam R. Stein |
| Case Name: LUCAS A BALA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8721 |
| | Checking |
| Taxpayer ID No: XX-XXX3700 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/21/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,940.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,930.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,920.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,910.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,900.00 |
| 02/28/17 | | Chicago Title & Trust Co.<br>5215 Old Orchard #400<br>Skokie, IL 60077 | Sale of 1050 W. 32nd St., Unit 2B | | $28,580.90 | | $33,480.90 |
| | | | Gross Receipts $60,000.00 | | | | |
| | | Cook County - Taxes | Real Estate Taxes ($1,132.95) | 2820-000 | | | |
| | | Chicago Title | Closing Costs ($2,900.50) | 2500-000 | | | |
| | | Cook County - 2016 Taxes & Online Pymt | Real Estate Taxes ($1,049.11) | 2820-000 | | | |
| | | BEAULIEU LAW OFFICES PC | Brokers Commission ($1,205.00) | 3510-000 | | | |
| | | ERIC JANSSEN<br>REAL LIVING CITY RESIDENTIAL<br>F/K/A CHICAGO REAL ESTATE<br>RESOURCES | Brokers Commission ($1,795.00) | 3510-000 | | | |
| | | Chicago Title | Closing Costs ($70.00) | 2500-000 | | | |
| | | David D. Orr, Cook County Clerk | Real Estate Taxes ($3,619.44) | 4800-000 | | | |

Page Subtotals: $28,580.90 $50.00

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-16993 | Trustee Name: | Miriam R. Stein |
| --- | --- | --- | --- |
| Case Name: | LUCAS A BALA | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8721 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3700 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/21/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | RIDGESTONE BANK<br>C/O EDMOND M. BURKE<br>30 S. WACKER DRIVE, SUITE 2600<br>CHICAGO, IL 60606 | Mortgage ($19,647.10) | 4110-000 | | | |
| | 3 | | CONDO-1050 W 32ND STREET, UNIT 2B, CHICAGO ILLINOIS-SURRENDE $60,000.00 | 1110-000 | | | |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $33,470.90 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.75 | $33,421.15 |
| 04/20/17 | 101 | Zane L. Zielinski<br>The Law Office of Zane L. Zielinski, P.C.<br>6336 N. Cicero Ave., Suite 201<br>Chicago, IL 60646 | ORDER DATED 4/18/17 | | | $12,740.95 | $20,680.20 |
| | | Zane Zielinski P. C. | ($12,355.00) | 3210-000 | | | |
| | | Zane Zielinski P. C. | ($385.95) | 3220-000 | | | |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.25 | $20,633.95 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.68 | $20,603.27 |
| 09/13/17 | 104 | TERESA BALA<br>11105 BOEGER CT<br>WESTCHESTER, IL 60154 | Final distribution to claim 5 representing a payment of 62.23 % per court order. Reversal | 5100-000 | | ($4,344.94) | $24,948.21 |
| 09/13/17 | 102 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $11,000.00 | $13,948.21 |
| 09/13/17 | 103 | Alan D. Lasko & Associates P. C.<br>205 W. Randolph Street, Suite 1150<br>Chicago, IL 60606 | Distribution | | | $5,258.33 | $8,689.88 |

Page Subtotals: $0.00  $24,791.02

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-16993  
Case Name: LUCAS A BALA  
Taxpayer ID No: XX-XXX3700  
For Period Ending: 11/21/2017

Trustee Name: Miriam R. Stein  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8721  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Alan D. Lasko & Associates P. C. | Final distribution representing a payment of 100.00 % per court order.  ($5,216.30) | 3410-000 | | | |
| | | Alan D. Lasko & Associates P. C. | Final distribution representing a payment of 100.00 % per court order.  ($42.03) | 3420-000 | | | |
| 09/13/17 | 104 | TERESA BALA  11105 BOEGER CT  WESTCHESTER, IL 60154 | Final distribution to claim 5 representing a payment of 62.23 % per court order. | 5100-000 | | $4,344.94 | $4,344.94 |
| 10/02/17 | 105 | TERESA BALA  1050 W. 32nd Street, Unit 3B  Chicago, IL 60608 | Final Distribution representing | 5100-000 | | $4,344.94 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $33,580.90 | $33,580.90 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $33,580.90 | $33,580.90 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $33,580.90 | $33,580.90 |

Page Subtotals: $0.00  $8,689.88

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8721 - Checking | $33,580.90 | $33,580.90 | $0.00 |
|  | $33,580.90 | $33,580.90 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $121,419.10 |
| Total Net Deposits: | $33,580.90 |
| Total Gross Receipts: | $155,000.00 |

Page Subtotals:    $0.00    $0.00